[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15330
Non-Argument Calendar
_____

D.C. Docket No. 2:15-cr-00038-LGW-RSB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

QAAID REDDICK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(April 28, 2017)

Before HULL, WILSON and JILL PRYOR, Circuit Judges.

PER CURIAM:

J. Wrix McIlvaine, appointed counsel for Qaaid Reddick in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Reddick's convictions and sentences are **AFFIRMED**.